# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| SHAHEYNE PHILLIP THOMAS | ) | (WO) |
| | ) | Case No. 3:18cr34-WKW-01 |
| | ) | USM No. 17458-002 |
| | ) | Sandi Yoshiko Irwin |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

 ***Defendant pled NO CONTEST to violations 1, 2, 3, 4, 5 and 7 of the Petition***

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | The defendant committed another federal, state or local crime | 03/30/2021 |
| 2 | The defendant committed another federal, state or local crime | 03/30/2021 |
| 3 | The defendant committed another federal, state or local crime | 03/30/2021 |
| 4 | The defendant committed another federal, state or local crime | 03/30/2021 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

 ***Violation #6 of the Petition DISMISSED on Government's Motion***

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6115

Defendant's Year of Birth: 1994

City and State of Defendant's Residence:
Camp Hill, AL

Date of Imposition of Judgment: 06/23/2021

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins, U. S. District Judge
Name and Title of Judge

Date: 06/23/2021

DEFENDANT: SHAHEYNE PHILLIP THOMAS
CASE NUMBER: 3:18cr34-WKW-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | The defendant committed another federal, state or local crime | 03/30/2021 |
| 7 | The defendant committed another federal, state or local crime | 03/30/2021 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: SHAHEYNE PHILLIP THOMAS
CASE NUMBER: 3:18cr34-WKW-01

DEFENDANT: SHAHEYNE PHILLIP THOMAS
CASE NUMBER: 3:18cr34-WKW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Twenty Four Months.  This TERM of Supervised Release imposed on February 28, 2019 is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL